## CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☐  USAO No.: 2021R00010  Case No.: MJ-21-63 AMG

Charging Document: **Complaint**  No. of Defendants: 1  Total No. of Counts: 1  Sealed: Y ☑

Forfeiture: Y ☐  OCDETF: Y ☐  Warrant: ☑  Summons: ☐  Notice: ☐  N ☐
N ☑  N ☑  Companion Case No. (if any): _____

**DEFENDANT INFORMATION:**  By: kh

Name: **MICHAEL BRANDON HOUCK**

Alias(es): Brad Houck

Address: 17801 Chatham Hills Rd, Norman, OK 73071

FBI No.:

DOB: 08/28/1970  SSN: 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  Race: White  Interpreter: Y ☐  N ☑

Sex: M ☑  F ☐  Juvenile: Y ☐  N ☑  Language/Dialect: English

**DEFENDANT STATUS/RECOMMENDATION:**
☑ Not in Custody  ☑ Detention Requested
☐ Type of Bond: _____
☐ In Custody at: _____
Inmate/Prisoner/Register No.: _____

**PRIOR MAGISTRATE PROCEEDINGS:**
Complaint: Y ☐  N ☐
Magistrate Case No.: MJ-
Previously Detained: Y ☐  N ☐

**ATTORNEY/AGENCY INFORMATION:**
☐ Public Defender  Name: _____
☐ CJA Panel  Address: _____
☐ Retained  Phone: _____

AUSA: Matt Dillon
Agent/Agency: Dustin Merritt/FBI
Local Officer/Agency: _____

### CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 875(c) | Transmitting a communication in interstate commerce containing a threat to injure another. | NMT 5 yrs imprisonment; $250,000 fine, or both; NMT 3 yrs S/R; $100 SA |

Signature of AUSA: MATTHEW DILLON (Digitally signed by MATTHEW DILLON, Date: 2021.02.05 11:12:19 -06'00')

Date: 02/05/2021

3/19