# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| VS. | ) | |
| **Michael Brandon Houck** | ) | Case Number: **M-21-63-AMG** |
| **Defendant** | ) | |

Upon Motion of the:

☐ Government and request for continuance by Government.

☒ Government and request for continuance by Defendant.

☐ Government and request for continuance by both Government and Defendant.

it is **ORDERED**

that a detention hearing is set for _____ February 10, 2021 at 1:00pm _____
Date      Time

before _____ UNITED STATES MAGISTRATE JUDGE AMANDA MAXFIELD GREEN _____

_____ U.S. Courthouse, 200 N.W. 4th Street, Courtroom 101 ____, Oklahoma City, Oklahoma 73102 _____

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) ( _____

_____ ) and produced for the hearing.
Other Custodial Official

Monday, February 8, 2021 _____

Date

*(signature)* Amanda Maxfield Green

AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.