# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| vs. | |
| | CASE NO. |
| *IN CUSTODY* | |

TYPE OF CASE:

☐   **CIVIL**   ☐   **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE: | ROOM NO.: |
|---|---|
| | **Courtroom No.** |
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | DATE AND TIME: |
| TYPE OF PROCEEDING: | |

**TAKE NOTICE** that a proceeding in this case has been *rescheduled* as set forth below:

| PLACE: | DATE AND TIME PREVIOUSLY SCHEDULED: | RESCHEDULED DATE AND TIME: |
|---|---|---|
| William J. Holloway Jr. United States Courthouse 200 N.W. 4th Street Oklahoma City, OK  73102 | | |

**AMANDA MAXFIELD GREEN**

U.S. MAGISTRATE JUDGE

**s/Ryan Beam**

_____
Date

(By) Deputy Clerk