# United States District Court
## WESTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

          **Plaintiff,**

v.

**MICHAEL BRANDON HOUCK,**

          **Defendant.**

**APPEARANCE**

**CASE NUMBER: M-21-63-AMG**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Michael Brandon Houck, also known as Brad Houck, Defendant.

    I certify that I am admitted to practice in this court. I certify that I am registered with the Court's Electronic Case Filing System.

| | |
|---|---|
| February 8, 2021 | s/ Susan M. Otto |
| | SUSAN M. OTTO |
| | FEDERAL PUBLIC DEFENDER |
| | Oklahoma Bar Number: 6818 |
| | FEDERAL PUBLIC DEFENDER ORGANIZATION |
| | WESTERN DISTRICT OF OKLAHOMA |
| | 215 Dean A. McGee   Suite 109 |
| | Oklahoma City, Oklahoma 73102 |
| | Telephone: 405 609-5930 |
| | Telefacsimile: 405 609-5932 |
| | Electronic Mail: Susan_Otto@fd.org |
| | Counsel for Defendant Michael Brandon Houck |

## CERTIFICATE OF SERVICE

     I hereby certify that on February 8, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to the following ECF registrants: Matt Dillon, Assistant United States Attorney.

                                    _s/ Susan M. Otto_
                                    SUSAN M. OTTO