# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **APPEARANCE** |
| ) | |
| -vs- ) | Case No. M-21-63-AMG |
| ) | |
| MICHAEL BRANDON HOUCK, ) | |
| ) | |
| Defendant. ) | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for MICHAEL BRANDON HOUCK.

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

February 17, 2021

s/ *M. Taylor McLawhorn*
M. TAYLOR MCLAWHORN
OBA # 22233
ASSISTANT FEDERAL PUBLIC DEFENDER
215 DEAN A. MCGEE, SUITE 109
OKLAHOMA CITY, OK 73102
Main: (405) 609-5930
Fax: (405) 609-5932
Direct: (405) 609-5946
taylor_mclawhorn@fd.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of court will transmit a Notice of Electronic Filing to the following ECF registrants: Matthew B. Dillon and Mark R. Stoneman, Counsel for Plaintiff.

                                         s/ *M. Taylor McLawhorn*
                                         M. TAYLOR MCLAWHORN