IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>         Plaintiff,   )<br>   )<br>       -vs-   )<br>   )<br>MICHAEL BRANDON HOUCK,   )<br>     a/k/a BRAD HOUCK,   )<br>   )<br>         Defendant.   ) | No. MJ-21-63-AMG |

## ORDER GRANTING EXCLUDABLE
## CONTINUANCE OF TIME WITHIN WHICH TO INDICT

NOW on this 26th day of February, 2021, on application of the United States for excludable time within which to return an indictment (Doc No. 22) in the above-styled case, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court rules as follows:

Upon consideration of the government's representation that the parties continue to review discovery and working towards a negotiated resolution to this matter, the Court finds that such factors are proper grounds, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iii), for granting an excludable continuance in bringing an indictment in the referenced case.

Considering said factors, and there being no objection by the defendant, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial in this case, 18 U.S.C. § 3161(h)(7)(A); therefore

IT IS ORDERED that the bringing of an indictment in this case shall be continued to the grand jury convening April 6, 2021, and the intervening days shall be computed as "excludable time" for the purposes of the Speedy Trial Act.

_____
SUZANNE MITCHELL
United States Magistrate Judge